# UNPUBLISHED

# UNITED STATES COURT OF APPEALS

## FOR THE FOURTH CIRCUIT

WILLIAM LEE RICHARDSON, JR.,
            *Plaintiff-Appellant,*

v.

ROSEMARIE L. RICHARDSON;
MARYLAND DISTRICT COURT OF
FREDERICK COUNTY,
            *Defendants-Appellees.*

No. 02-1021

Appeal from the United States District Court
for the Southern District of West Virginia, at Charleston.
Charles H. Haden II, Chief District Judge.
(CA-01-616-2)

Submitted: October 30, 2002

Decided: November 18, 2002

Before NIEMEYER, WILLIAMS, and MICHAEL, Circuit Judges.

---

Affirmed by unpublished per curiam opinion.

---

### COUNSEL

William Lee Richardson, Jr., Appellant Pro Se.

---

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

**OPINION**

PER CURIAM:

William Lee Richardson seeks to appeal the district court's order accepting the recommendation of the magistrate judge and dismissing his 42 U.S.C. § 1983 (2000) complaint. We have reviewed the record and find no reversible error. Accordingly, although we grant leave to proceed in forma pauperis, we affirm on the reasoning of the district court. *See Richardson v. Richardson*, No. CA-01-616-2 (S.D.W. Va. Dec. 21, 2001).

We have further reviewed Richardson's response to our order to show cause as to why he should not be sanctioned for filing frivolous appeals and enjoined from filing further actions in this court until the sanctions are paid and a district court judge finds the action is not frivolous. We find his response legally and factually baseless. Therefore, having filed numerous frivolous appeals in this court from district court orders dismissing his civil complaints as frivolous, for failure to state a claim, and as non-justiciable, Richardson is sanctioned $500 for filing frivolous appeals and enjoined from filing further actions in this court until the sanctions are paid and a district court judge finds that the action is not frivolous.

We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED*